NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOAO BOCK TRANSACTION SYSTEMS, LLC,**
*Plaintiff-Appellant*

**v.**

**JACK HENRY & ASSOCIATES, INC.,**
*Defendant-Appellee*

---

2015-1245

---

Appeal from the United States District Court for the District of Delaware in No. 1:12-cv-01138-SLR, Judge Sue L. Robinson.

---

## JUDGMENT

---

STEVEN WHITEFIELD RITCHESON, Heninger Garrison Davis, LLC, Chatsworth, CA, argued for plaintiff-appellant. Also represented by TIMOTHY C. DAVIS, Birmingham, AL; MAUREEN V. ABBEY, Westfield, NJ; JOSEPH J. GLEASON, Atlanta, GA.

RUSSELL S. JONES, JR., Polsinelli PC, Kansas City, MO, argued for defendant-appellee. Also represented by JAY E. HEIDRICK, RICHARD P. STITT.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (DYK, TARANTO, and HUGHES, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


October 13, 2015                     /s/  Daniel  E.  O'Toole
          Date                          Daniel E. O'Toole
                                        Clerk of Court